IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WESTERN WORLD INSURANCE CO., )
)
               Plaintiff, )
)
v. ) Case No.: 07-cv-604
)
PENN-STAR INSURANCE CO., )
McCOY CONSTRUCTION CO., and )
the CITY OF EAST ST. LOUIS, ILLINOIS, )
)
               Defendants. )

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment, including costs, is entered in favor of plaintiff Western World Insurance Co. and against defendants Penn-Star Insurance Co., the City of East St. Louis, Illinois, and Ronnie McCoy, individually and doing business as McCoy Construction Co.; and

IT IS FURTHER DECLARED that

• Plaintiff Western World Insurance Co. owes no duty to defend and/or indemnify defendant Ronnie McCoy, individually or d/b/a McCoy Construction Co., under Western World Policy No. NPP971220 in regards to *Penn-Star Ins. Co. v. McCoy Construction Co.*, Case Number 07-cv-175-DRH-CJP, or any related claim and

• Defendants Penn-Star Insurance Co. and the City of East St. Louis, Illinois, possess no beneficial interest in Western World Policy No. NPP971220 nor any right of recovery against plaintiff Western World Insurance Co. for any claim against defendant Ronnie McCoy, individually and doing business as McCoy Construction Co., or for any act articulated in or related to the allegation set forth in *Penn-Star Insurance Co. v. McCoy Construction Co.*, Case Number 07-cv-175-DRH-CJP.

**DATED:  August 25, 2009**                JUSTINE FLANAGAN, Acting Clerk

                                                                By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert

**J. PHIL GILBERT**
**DISTRICT JUDGE**